ORDERED.

**Dated: August 09, 2016**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:14-bk-08374-RAC

In Re:

LUIS G. BECERRIL
MANRIQUE FLOR,

Debtor(s).
_____________________________/

**ORDER GRANTING TRUSTEE'S ORE TENUS MOTION TO**
**DISBURSE ON CLAIM 17 OF SETERUS, INC.**

THIS CASE came on for hearing on August 2, 2016 on the Trustee's Ore Tenus Motion to Disburse on Claim 5 of Wells Fargo Bank, NA. The Court after due consideration and being otherwise advised in this case finds that the motion should be granted. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion is granted and the Trustee shall disburse payments on Claim 5 of Wells Fargo Bank, NA pending outcome of mediation.

Laurie K. Weatherford is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order